# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| JOHNNY ALLEN SLOVER, | ) |
| --- | --- |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-15-1171-F |
| OKLAHOMA DEPARTMENT OF CORRECTIONS INTERNAL AFFAIRS, et al., | ) |
| Defendants. | ) |

## ORDER

On December 21, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation, recommending that plaintiff's lawsuit be dismissed without prejudice because of plaintiff's failure to prosecute his case and to comply with the court's orders and applicable rules. Magistrate Judge Goodwin advised plaintiff of his right to file an objection to the Report and Recommendation by January 11, 2016 and further advised that failure to timely object waives the right to appellate review of the factual and legal issues.

To date, plaintiff has not filed an objection nor has he sought an extension of time to file an objection. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin (doc. no. 9) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

DATED January 25, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-1171p001.wpd